**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
FILED

SEP 0 1 2005

Michael N. Milby, Clerk of Court

## AFFIDAVIT

| | | |
|---|---|---|
| STATE OF TEXAS | § | **TO BE FILED IN CAMERA AND UNDER SEAL** |
| | § | |
| COUNTY OF HARRIS | § | **REFERRED TO IN MOTION AS DECLARATION OF ATTORNEY B** |

Before me, the undersigned authority, personally appeared _Charley A. Davidson_, and being by me duly sworn does depose and state:

"My name is Charley Davidson. I have practiced criminal law for 27 years, both as a prosecutor and as a defense attorney.

I represent Mark Palmer, a former employee of Enron. Mark Palmer was subpoenaed by defense counsel for Joe Hirko in the recent Enron EBS criminal trial conducted in Judge Vanessa Gilmore's court which concluded on July 20, 2005.

I received telephone calls from FBI Agent Jeff Jensen on May 6, May 23 and May 24, 2005 and met with Agent Jensen on May 26, 2005 prior to Mark Palmer's testimony. During both the May 6th and 24th conversations, Jensen suggested that it was not in Mark Palmer's interest to testify for the defense inasmuch as his testimony might conflict with other witnesses' testimony. Agent Jensen also cautioned me that the defense attorneys for Joe Hirko may want to shift the blame to Mark Palmer and that it might be dangerous and not in Mark Palmer's best interest to testify.

On each occasion that I spoke with Agent Jeff Jensen, he clearly stated that he felt that Mark Palmer's best interests would be served by not testifying for the defense at trial. I considered these statements to be veiled threats."

Further Affiant sayeth not.

_Charley A. Davidson_
Charley A. Davidson

SWORN TO and SUBSCRIBED before me, the undersigned authority, on this the _18th_ day of _August_, 2005

_[signature]_
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

[Notary seal: DARA L. SAXENIAN, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-16-2007]

448