UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP  6 2005

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Crim. No. H-04-25 (Lake, J.) |
| Plaintiff, ) | |
| ) | |
| v. ) | **FILED UNDER SEAL** |
| ) | |
| RICHARD A. CAUSEY, JEFFREY K. ) | |
| SKILLING, and KENNETH L. LAY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT LIST OF WITNESSES TO BE ADMONISHED BY
THE COURT TO FACILITATE DEFENSE ACCESS TO WITNESSES**

Pursuant to the Court's instruction at last week's status conference, identified below are

key witnesses in this case who have refused to meet with defendants or agree to testify at trial

and whom defendants seek to subpoena to receive an admonition from the Court pursuant to the

procedure outlined in defendants' filing of Friday, September 2, 2005.  These do not represent all

such witnesses; defendants reserve the right to augment this list.  Witnesses who have pled guilty

and have entered into agreements with the Task Force are denoted by an asterisk ("*").  Ben

Glisan has pled guilty and is cooperating with the government, although defendants do not know

if he has a written agreement with the Task Force.  Defendants will ask the Task Force if it has

an agreement with Mr. Glisan.  With respect to the balance of the witnesses below, defendants

intend to ask the Task Force to identify each witness who has entered into a cooperation

agreement, non-prosecution agreement, or proffer letter or who is otherwise cooperating with the

Task Force.

The witnesses are as follows, listed in alphabetical order:

Kate Agnew

Michael Anderson

David Berbarian

Kelly Boots

458

Ray Bowen

William Brown

Robert Butts

Richard Buy

Wes Colwell

Joseph Deffner

David Delainey*

Timothy DeSpain*

Janet Dietrich

David Duncan*

Rodney Faldyn

Andrew Fastow*

Ben Glisan*

Mark Haedicke

Kevin Hannon*

Georgeanne Hodges

James Hughes

Mark Koenig*

Michael Kopper*

Lawrence Lawyer*

Jeffrey McMahon

Jordan Mintz

Lou Pai

Mark A. Palmer

Mark S. Palmer (testified in EBS trial for defense, but subject to warnings from Task Force)

Andrea Reed

Ken Rice*

Paula Rieker*

Rex Rogers

Ian Schottlaender

Ryan Siurek

Wade Stubblefield

J.R. Sult

Greg Whalley

Dated:  September 6, 2005

Of Counsel:

Ronald G. Woods
Texas State Bar No. 21964000
Federal Bar No. 657
5300 Memorial, Suite 1000
Houston, TX 77007
Office: 713-862-9600
Facsimile: 713-864-8738

Respectfully submitted,

By: _Daniel M. Petrocelli by permission_
_Ronald G. Woods_

Daniel M. Petrocelli
M. Randall Oppenheimer
Mark Holscher
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Office:  (310) 553-6700
Facsimile:  (310) 246-6779
*Attorneys in Charge for Jeffrey K. Skilling*

By: _Michael Ramsey by permission_
_Ronald G. Woods_

Michael Ramsey
Chip Lewis
River Oaks/Welch Building
2120 Welch
Houston, TX 77019
Office: (713) 227-0275
Facsimile:  (713) 523-7887
*Attorneys in Charge for Kenneth L. Lay*

By: _Reid Weingarten by permission_
_Ronald G. Woods_

Reid Weingarten
Mark Hulkower
Matt Stennes
STEPTOE & JOHNSON
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Office: (202) 429-8074
Facsimile:  (202) 261-0648
*Attorneys in Charge for Richard A. Causey*

## CERTIFICATE OF SERVICE

This is to verify that true and correct copies of the following document (Defendants' Joint List of Witnesses to be Admonished by the Court to Facilitate Defense Access to Witnesses) has been served on this 6th day of September, 2005 on counsel listed below.

Ronald G. Woods

Sean Berkowitz
John Hueston
Kathy Ruemmler
Enron Task Force
DOJ Criminal Division
1400 New York Avenue, NW
10th Floor
Washington, D.C.  20530
Facsimile:  (202) 353-3165
*Enron Task Force*

Reid Weingarten
Mark Hulkower
Matthew Stennes
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington D.C.  20036
Facsimile:  (202) 429-3902
*Counsel for Richard Causey*

Michael Ramsey
Chip Lewis
River Oaks/Welch Building
2120 Welch
Houston, Texas 77019
Facsimile:  (713) 523-7887
*Counsel for Kenneth L. Lay*