UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| Plaintiff, § § | |
| v. § § | Crim. No. H-04-25 (S-2) |
| RICHARD A. CAUSEY, § § § § § | |
| JEFFREY K. SKILLING, and | |
| KENNETH L. LAY | |
| Defendants. | |

*UNITED STATES COURTS*
*SOUTHERN DISTRICT OF TEXAS*
*FILED*
*MAY 18 2006*
*MICHAEL N. MILBY, CLERK OF COURT*

## BUSINESS RECORDS DECLARATION OF COMPASS BANK

1. My name is Caroline Mitchell. I am a United States citizen, I am over the age of eighteen years of age, and I am competent to make this declaration. I am a Senior Vice President for Compass Bank. I am a custodian of records of Compass Bank or am otherwise qualified as a result of my position with Compass Bank to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I have reviewed the following record(s) that are attached to this declaration:

| Exhibit No. | Beginning Bates Number | Ending Bates Number |
|---|---|---|
| B 00323 | None | 4 pages |
| B 00329 | None | 2 pages |
| B 00330 | None | 6 pages |
| B 00331 | None | 1 page |
| B 00336 | CB/SEC 05948 | CB/SEC 05948 |
| B 00338 | CB/SEC 05897 | CB/SEC 05897 |
| B 00339 | CB/SEC 05899 | CB/SEC 05906 |

DAL:617958.2

| Exhibit No. | Beginning Bates Number | Ending Bates Number |
| --- | --- | --- |
| B 00342 | CB/SEC 05930 | CB/SEC 05931 |
| B 00349 | CB/SEC 05840 | CB/SEC 05841 |
| B 00374 | ETF-1371F-000013 | ETF-1371F-000013 |
| B 00379 | LAY-G50-1597 | LAY-G50-1598 |
| B 00381 | CB/SEC 05628 | CB/SEC 05628 |
| B 00388 | CB/SEC 05683 | CB/SEC 05683 |
| B 00389 | CB/SEC 05684 | CB/SEC 05701 |
| B 00390 | CB/SEC 05675 | CB/SEC 05675 |
| B 00396 | None | 1 page |
| B 00397 | CB/SEC 05781 | CB/SEC 05794 |
| B 00398 | CB/SEC 05774 | CB/SEC 05780 |
| B 00406 | CB/SEC 05768 | CB/SEC 05771 |
| B 00411 | CBX/SEC 01445 | CBX/SEC 01445 |
| B 00425 | CB/SEC 05588 | CB/SEC 05591 |
| B 00426 | CB/SEC 05587 | CB/SEC 05587 |
| B 00437 | CB/SEC 05623 | CB/SEC 05623 |
| B 00642 | CBX/SEC 01439 | CBX/SEC 01439 |
| B 00717 | CB/SEC 05728 | CB/SEC 05735 |
| B 00718 | CB/SEC 05736 | CB/SEC 05744 |
| B 00719 | CB/SEC 05702 | CB/SEC 05727 |
| B 00729 | CB/SEC 05809 | CB/SEC 05820 |
| B 00731 | CBX/SEC 01429 | CBX/SEC 01436 |
| B 00749 | LAY-G48-0003 | LAY-G48-0003 |
| B 01048 | LAY-G48-0023 | LAY-G48-0023 |

| Exhibit No. | Beginning Bates Number | Ending Bates Number |
|---|---|---|
| B 01049 | LAY-G22-0060 | LAY-G22-0060 |
| B 01051 | LAY-G48-0022 | LAY-G48-0022 |
| B 01052 | LAY-G48-0049 | LAY-G48-0049 |
| B 01053 | LAY-G48-0017 | LAY-G48-0017 |
| B 01054 | LAY-G48-0016 | LAY-G48-0016 |
| B 01055 | LAY-G22-0085 | LAY-G22-0086 |
| B 01056 | LAY-G48-0015 | LAY-G48-0015 |
| B 01057 | LAY-G48-0035 | LAY-G48-0038 |
| B 01058 | LAY-G34-1302 | LAY-G34-1303 |
| B 01059 | LAY-G48-0005 | LAY-G48-0005 |
| B 01060 | LAY-G48-0004 | LAY-G48-0004 |
| B 01061 | LAY-G22-0066 | LAY-G22-0066 |
| B 01063 | None | 5 pages |
| B 01064 | LAY-G50-1485.001 | LAY-G50-1485.001 |
| B 01065 | LAY-G48-0002 | LAY-G48-0002 |
| B 01067 | LAY 000012858 | LAY 000012858 |
| B 01068 | LAY-G22-0007 | LAY-G22-0007 |
| B 01069 | LAY 000012853 | LAY 000012853 |
| B 01071 | LAY-G50-1455 | LAY-G50-1455 |
| B 01072 | LAY-G44-0990 | LAY-G44-0990 |
| B 01073 | CBX/SEC 01461 | CBX/SEC 01461 |
| B 01234 | LAY-G22-0069 | LAY-G22-0069 |
| B 01235 | LAY-G34-1568 | LAY-G34-1615 |
| B 01238 | CB/SEC 05772 | CB/SEC 05772 |

| Exhibit No. | Beginning Bates Number | Ending Bates Number |
|---|---|---|
| B 01503 | None | 3 pages |
| B 01504 | None | 2 pages |
| B 01507 | CB/SEC 05674 | CB/SEC 05674 |
| B 01513 | CBX/SEC 01443 | CBX/SEC 01443 |

3.  The records listed above and attached hereto are kept by Compass Bank in the regular course of business, and they were made in the course of regularly conducted business activity as a regular practice. It was the regular course of business of Compass Bank for an employee or representative of Compass Bank, with knowledge of the act, event, condition, opinion, or diagnosis, to make the records or to transmit information of the occurrence to be included in the records. The records listed above and attached hereto were made at, near, or reasonably soon after the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters. The records listed above and attached hereto are the original records or exact duplicates of the original records (except for any Bates labels, exhibit stamps, and/or deposition exhibit stickers).

4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 10, 2006__.
     (date)

_____
CAROLINE MITCHELL, Senior Vice President
Compass Bank
2001 Kirby Drive, 4th Floor
Houston, Texas 77019
(713) 831-5526

DAL:617958.2