United States District Court
Southern District of Texas
**ENTERED**
February 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:04-cr-00025 |
| § | |
| RICHARD A. CAUSEY, § | |
| JEFFREY K. SKILLING, & § | |
| KENNETH L. LAY, § | |
| § | |
| DEFENDANTS § | |

## ORDER

The Court, having considered the Application of Margot Cleveland for Public Access to Certain Sealed and/or Redacted Court Records, Dkt. 1352, together with the Government's Response, Dkt. 1378, hereby **ORDERS** as follows:

a. The Application for Access to Docket Entry No. 440: Joint Sealed Motion to Dismiss is **DENIED as moot** in light of the Applicant's withdrawal of her Application as to this document.

b. The Application for Access to Docket Entry No. 441: Sealed Document is [~~GRANTED~~ / **DENIED**]

c. The Application for Access to Docket Entry Nos. 444, 445, 446, and 448: Sealed Documents is **GRANTED**. The Clerk shall file these documents on the public docket.

d. The Application for Access to Docket Entry Nos. 447, 449, 450, 451, 452, 453, and 454: Sealed Documents is **GRANTED in part**. Within ten (10) days of the entry of this Order, the Government shall provide the Court with copies of these documents redacting any information protected from public disclosure by Federal Rule of Criminal Procedure 6(e).

e. The Application for Access to Docket Entry No. 456: Redacted Joint Motion to Dismiss and Memorandum in Support is **DENIED as moot** in light of the Applicant's withdrawal of her Application as to this document.

f. The Application for Access to Docket Entry No. 457: Redacted Declaration of Michael E. Tigar in Support of Defendants' Joint Motion to Dismiss is **DENIED as moot** in light of the Court's ruling unsealing Docket Entry No. 444.

g. The Application for Access to Docket Entry No. 458: Sealed Document is **GRANTED**. The Clerk shall file this document on the public docket.

h. The Application for Access to Docket Entry No. 491: Sealed Document is **GRANTED**. The Clerk shall file pages 1 through 40 of this document on the public docket.

i.  The Application for Access to Docket Entry Nos. 491-1, 491-2, 491-3, and 491-4: Sealed Documents is **GRANTED in part**. Within ten (10) days of the entry of this Order, the Government shall provide the Court with copies of these documents redacting any information protected from public disclosure by Federal Rule of Criminal Procedure 6(e) and inform the Court as to the respective positions of the authors of any declarations or letters currently filed under seal within Docket Entry Nos. 491-1, 491-2, 491-3, and 491-4 as to whether they object to unsealing.

j.  The Application for Access to Docket Entry No. 493: Redacted Government's Opposition is **DENIED as moot** in light of the Court's ruling unsealing Docket Entry No. 491.

k.  The Application for Access to Docket Entry No. 504: Sealed Document is **DENIED as moot** as to the Reply Memorandum in Support of the Defendants' Joint Motion to Dismiss, in light of the Applicant's withdrawal of her Application as to this portion of Docket Entry No. 504. As to the supporting exhibits and declarations filed as part of Docket Entry No. 504, the Application is **GRANTED in part**. Within ten (10) days of the entry of this Order, the Government shall provide the Court with copies of these documents redacting any information

protected from public disclosure by Federal Rule of Criminal Procedure 6(e).

1. The Application for Access to Docket Entry No. 561: Transcript of December 1, 2005 Evidentiary Hearing is **DENIED as moot** in light of the Applicant's withdrawal of her Application as to this document.

Signed in Houston, Texas on _February 28_, 2019.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS